[No. 64807-1-I.   Division One.   May 16, 2011.]

*In the Matter of the Marriage of* MITCHEL KROGSETH, *Respondent*, and KRISTEN SMITH FLANIGEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-3-07726-9, Leonid Ponomarchuk, J. Pro Tem., entered December 18, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64816-1-I.   Division One.   May 16, 2011.]

JOHN STAPLES, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-31398-9, Steven C. Gonzalez, J., entered December 17, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 64908-6-I.   Division One.   May 16, 2011.]

ROGER DAIGNAULT, *Appellant*, v. PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-15934-3, Mary E. Roberts, J., entered January 19, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 65157-9-I.   Division One.   May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO RODRIGO VARGAS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01384-0, Larry E. McKeeman, J., entered March 23, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.